UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 07 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.  1:24-CR-26 |
| SANTONIO A. WEAVER, aka "Little Dude," CELESTE M. CRUZ, and TARESSA K. CASTEEL, | Violations: 18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 922(d)(1)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(3)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 932(b)(1)<br>18 U.S.C. § 932(c)(1) |
| Defendants. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Straw Purchase Firearms)

On or about November 15, 2022, in Monongalia County, in the Northern District of West Virginia, the defendants **SANTONIO A. WEAVER, aka "Little Dude,"** and **CELESTE M. CRUZ** did knowingly and willfully conspire, confederate and agree and have a tacit understanding with each other and with other persons to violate Title 18, United States Code, Section 932(b)(1). It was a purpose and object of the conspiracy for **CELESTE M. CRUZ** to purchase a firearm in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of **SANTONIO A. WEAVER, aka "Little Dude,"** knowing or having reasonable cause to believe that **SANTONIO A. WEAVER, aka "Little Dude,"** had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about November 15, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **CELESTE M. CRUZ**, aided and abetted by defendant **SANTONIO A. WEAVER, aka "Little Dude,"** in connection with the attempted acquisition of a firearm, to wit: a Glock semi-automatic pistol, model 23, .40 caliber, serial number AGDC586, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is, **CELESTE M. CRUZ** checked the box "yes" in response to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheets (ATF Form 5300.9A)?" on question 21a of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record; and there below did sign her name certifying that her answers on the form were true, knowing that her said answer to questions 21a was false, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT THREE

(Conspiracy to Straw Purchase Firearms)

On, about, or between November 25, 2022, to December 1, 2022, in Monongalia County, in the Northern District of West Virginia, the defendants **SANTONIO A. WEAVER, aka "Little Dude," and TARESSA K. CASTEEL,** did knowingly and willfully conspire, confederate and agree and have a tacit understanding with each other and with other persons to violate Title 18, United States Code, Section 932(b)(1). It was a purpose and object of the conspiracy for **TARESSA K. CASTEEL** to purchase a firearm in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of **SANTONIO A. WEAVER, aka "Little Dude,"** knowing or having reasonable cause to believe that **SANTONIO A. WEAVER, aka "Little Dude,"** had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT FOUR

(False Statement in Connection with the Acquisition of a Firearm)

On or about November 25, 2022, in Monongalia County, in the Northern District of West Virginia, defendant **TARESSA K. CASTEEL**, in connection with the acquisition of a firearm, to wit: a Glock semi-automatic pistol, model 23 Gen 5, .40 caliber, serial number BXVG752, and a HS Produkt (IM Metal) ("Springfield Armory") semi-automatic pistol, model XD-S 3.3, 9mm caliber, serial number S3611678, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is, **TARESSA K. CASTEEL** checked the box "yes" in response to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheets (ATF Form 5300.9A)?" on question 21a of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record; and defendant **TARESSA K. CASTEEL** checked the box "no" in response to the question "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" on question 21e of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record; and there below did sign her name certifying that her answers on the form were true, knowing that her said answers to questions 21a and 21e were false, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

(Unlawful Possession of a Firearm)

On or about December 1, 2022, in Monongalia County, within the Northern District of West Virginia, defendant **TARESSA K. CASTEEL**, knowing that she was an unlawful user of heroin, a controlled substance, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock semi-automatic pistol, model 23 Gen 5, .40 caliber, serial number BXVG752, and a HS Produkt (IM Metal) ("Springfield Armory") semi-automatic pistol, model XD-S 3.3, 9mm caliber, serial number S3611678, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT SIX

(Unlawful Sale or Transfer of a Firearm)

On or about December 1, 2022, in Monongalia County, within the Northern District of West Virginia, defendant **TARESSA K. CASTEEL,** knowingly sold and otherwise disposed of firearms, to wit: a Glock semi-automatic pistol, model 23 Gen 5, .40 caliber, serial number BXVG752, and a HS Produkt (IM Metal) ("Springfield Armory") semi-automatic pistol, model XD-S 3.3, 9mm caliber, serial number S3611678, to a person, knowing and having reasonable cause to believe that the person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

## COUNT SEVEN

(Unlawful Possession of a Firearm)

On or about December 1, 2022, in Monongalia County, within the Northern District of West Virginia, the defendant **SANTONIO A. WEAVER, aka "Little Dude,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Delivery of a Controlled Substance (Cocaine), in the Circuit Court of Marion County, West Virginia, in Case No. 16-F-143, and Unlawful Assault, in the Circuit Court of Marion County, West Virginia, in Case No. 16-F-149, on April 25, 2017, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock semi-automatic pistol, model 23 Gen 5, .40 caliber, serial number BXVG752, and a HS Produkt (IM Metal) ("Springfield Armory") semi-automatic pistol, model XD-S 3.3, 9mm caliber, serial number S3611678, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney

William Rhee
Assistant United States Attorney